UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

| | |
|---|---|
| ASHLEY REDMON, <br><br> Plaintiff(s), <br><br> v. <br><br> TENET HEALTHCARE, et al., <br><br> Defendant(s). | Case No. 25-cv-12871 <br><br> Honorable Robert J. White |

**STIPULATED ORDER STAYING THIS MATTER PENDING ARBITRATION**

This matter having come before the Court based on the parties' agreement and stipulation that Plaintiff's claims are subject to a valid and binding arbitration agreement, and the Court otherwise being fully advised of the premises,

The Court ORDERS that, pursuant to 9 U.S.C. §3, and in recognition of the parties' arbitration agreement, this matter is STAYED until arbitration has been had in accordance with the terms of the parties' agreement.

The Court further ORDERS that Plaintiff shall file her demand for arbitration on or before **November 20, 2025** or this matter shall be dismissed with prejudice.

The Court further ORDERS that the parties shall file on the docket a Joint Status Report summarizing the progress in the case every 90 days until the stay is lifted or the matter is resolved.

*This is not a final order.*

SO ORDERED.

Dated: November 17, 2025

s/Robert J. White
Robert J. White
United States District Judge

**STIPULATED TO:**

For Plaintiff:

*/s/ Herbert A. Sanders (w/consent)*
Herbert A. Sanders (P43031)
THE SANDERS LAW FIRM, P.C.
*Attorney for Plaintiff*
4031 Santa Clara St.
Detroit, MI 48221
(313) 962-0099
Herbert@SandersForJustice.com

Dated: October 29, 2025

For Defendants:

*/s/ Gouri G. Sashital*
Gouri G. Sashital (P64628)
OGLETREE, DEAKINS, NASH, SMOAK & STEWART, PLLC
*Attorneys for Defendants*
34977 Woodward Avenue, Suite 300
Birmingham, MI 48009
(248)-593-6400
gouri.sashital@ogletree.com